ST. LUKE'S EPISCOPAL HOSPITAL, Petitioner

v.

Irving W. MARKS, Respondent.

No. 05–0693.

Supreme Court of Texas.

May 5, 2006.

L. Boyd Smith Jr., Jennifer H. Davidow, Vinson & Elkins L.L.P., Houston, for Petitioner.

James E. Doyle, Michael David Schimek, N. Kimberly Bohannon, Michael P. Doyle, Doyle, Restrepo, Harvin & Robbins, L.L.P., Houston, for Respondent.

PER CURIAM.

The petition for review is granted. Without reference to the merits, the court of appeals' judgment, 177 S.W.3d 255, is vacated and the case is remanded to the court of appeals for further consideration in light of our decision in *Diversicare General Partner, Inc. v. Rubio*, 185 S.W.3d 842 (Tex.2005). *See* TEX. R. APP. P. 59.1, 60.2(f).